[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11069

Non-Argument Calendar

_____

WEBB GIN MULTIFAMILY OWNER, LLC,
d.b.a. The Whitby,

Plaintiff-Appellee,

*versus*

ANDREA FIFER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-01317-AT

_____

Before JILL PRYOR, NEWSOM, and LAGOA, Circuit Judges.

PER CURIAM:

Andrea Fifer, proceeding *pro se*, appeals from the district court's March 13, 2025, order remanding her case to Georgia state court for lack of subject matter jurisdiction. We lack jurisdiction to review that order. *See* 28 U.S.C. § 1447(c), (d); *MSP Recovery Claims, Series LLC v. Hanover Ins. Co.*, 995 F.3d 1289, 1294 (11th Cir. 2021) (explaining that remand orders for which our review is barred include those based on lack of subject matter jurisdiction). Additionally, Fifer did not remove the case under 28 U.S.C. §§ 1442 or 1443. *See* 28 U.S.C. § 1447(d); *BP P.L.C. v. Mayor of Balt.*, 141 S. Ct. 1532, 1538 (2021).

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.